## NORTHWESTERN CREDIT COMPANY, Appellant, v. UNITED STATES of America.

### No. 11696.

Circuit Court of Appeals, Eighth Circuit.
Feb. 20, 1940.

C. R. Shefveland and Robert J. Tyrrell, both of St. Paul, Minn., for appellant.

Victor E. Anderson, U. S. Atty., of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from United States District Court docketed and dismissed, etc., pursuant to stipulation.

## In the Matter of PITTSBURGH TERMINAL COAL CORPORATION, Debtor; Rita Crepeau et al., Appellants.

### No. 7273.

Circuit Court of Appeals, Third Circuit.
Feb. 6, 1940.

Howard S. Guttmann, of New York City, for appellants.

Wm. E. Schoyer, of Pittsburgh, Pa., for debtor corporation.

C. F. C. Arensberg, of Pittsburgh, Pa., for North American Coal Corporation.

Sidney J. Watts, of Pittsburgh, Pa., for Newell G. Alford and S. W. Blakslee, Receivers.

Before MARIS, CLARK, and JONES, Circuit Judges.

PER CURIAM.

The order of the district court is affirmed upon the opinion of Judge Gibson, 30 F. Supp. 106.

## Waldron K. POST, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 133.

Circuit Court of Appeals, Second Circuit.
Jan. 15, 1940.

Waldron K. Post, of New York City (Julian S. Bush, of New York City, of counsel), for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Arthur A. Armstrong, Sp. Assts. to Atty. Gen., for respondent.

Before SWAN, AUGUSTUS N. HAND, and PATTERSON, Circuit Judges.

PER CURIAM.

This case presents the same points as Regis H. Post v. Commissioner, 2 Cir., 109 F.2d 135, decided today. For the reasons given in that case, the decision of the Board of Tax Appeals will be affirmed.